```
                                                              FILED
IN THE DISTRICT COURT OF THE UNITED STATES
       FOR THE MIDDLE DISTRICT OF ALABAMA                   DEC - 5 2007
              NORTHERN DIVISION
                                                               CLERK
                                                         U. S. DISTRICT COURT
UNITED STATES OF AMERICA        )                        MIDDLE DIST. OF ALA
                                )
        v.                      )
                                )     CR. NO.  2:07CR312-WKW
WILLIE F. ROBINSON              )              [18 USC 922(g)(1)]
                                )
                                )     INDICTMENT
```

The Grand Jury charges:

## COUNT 1

On or about the 10th day of March 2007, in Montgomery, Alabama, within the Middle District of Alabama,

WILLIE F. ROBINSON,

defendant herein, having been convicted on or about the 10th day of August, 2006, of Possession of Marijuana 1st, in the Circuit Court of Montgomery County, Alabama, in which he was sentenced to serve 15 years, thereafter did knowingly possess in and affecting commerce an R.G. Industries, Model RG 40, .38 Caliber Revolver, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation alleged in Count 1 of this indictment, the defendant,

WILLIE F. ROBINSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One R.G. Industries, Model RG40, .38 Caliber Revolver.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney

2