IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CR. NO.   2:07cr312-WKW |
| ) | |
| WILLIE F. ROBINSON     ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. # 4), filed December 18, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Bullock Correctional Facility, Union Springs, Alabama, commanding them to deliver Willie F. Robinson, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on January 23, 2008, at 10:30 a.m. and to return the prisoner to said official when the court shall have finished with him.

Done, this 20th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE