IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr312-WKW |
| | ) | |
| WILLIE ROBINSON | ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 16th day of January, 2008.

                           FOR THE UNITED STATES ATTORNEY
                                LEURA G. CANARY

                           /s/John T. Harmon
                           John T. Harmon
                           Assistant United States Attorney
                           Office of the United States Attorney
                           Middle District of Alabama
                           131 Clayton Street (36104)
                           Post Office Box 197
                           Montgomery, Alabama 36101-0197
                           Telephone:(334) 223-7280
                           Facsimile:(334) 223-7560
                           E-mail: John.Harmon@usdoj.gov
                           Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney