IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07cr312-WKW |
| | ) | |
| WILLIE F. ROBINSON | ) | |

## **ORDER**

Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. # 34), it is ORDERED that the motion is GRANTED. Sentencing in this matter is CONTINUED from July 22, 2008, to **October 30, 2008, at 9:30 a.m.**

DONE this 8th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE