IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07cr312-WKW |
| | ) | |
| WILLIE F. ROBINSON | ) | |

## **ORDER**

It is ORDERED that the sentencing in this matter is rescheduled from October 30, 2008, to **November 5, 2008, at 10:00 a.m.** in courtroom 2E, of the U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 22nd day of July, 2008.

                                                    /s/  W.  Keith Watkins
                                                  UNITED STATES DISTRICT JUDGE