AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| WILLIE F. ROBINSON | ) | (WO) |
| | ) | Case No.  2:07cr312-WKW-01 |
| | ) | USM No.  12400-002 |
| | ) | Christine Freeman |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   _1-5 of the Amd Petition_   of the term of supervision.

☐ was found in violation of condition(s) count(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant unlawfully used a controlled substance | 03/30/2021 |
| 2 | Defendant unlawfully used a controlled substance | 04/06/2021 |
| 3 | Defendant unlawfully used a controlled substance | 05/10/2021 |
| | see next page for additional violations | |

The defendant is sentenced as provided in pages 2 through  _3_  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5437

Defendant's Year of Birth:  1980

City and State of Defendant's Residence:
Montgomery, AL

09/28/2021
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. KEITH WATKINS, United States District Judge
Name and Title of Judge

10/05/2021
Date

AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations
                         Sheet 1A

Judgment—Page  2  of  3

DEFENDANT:  WILLIE F. ROBINSON
CASE NUMBER:  2:07cr312-WKW-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Defendant failed to complete a program approved by the USPO for substance abuse | 08/25/2021 |
| 5 | Defendant unlawfully used of a controlled substance | 09/09/2021 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: WILLIE F. ROBINSON
CASE NUMBER: 2:07cr312-WKW-01

Judgment — Page 3 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Sixty (60) Days.  The TERM of Supervised Release imposed on 11/18/2020 is REVOKED.

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐  before 2 p.m. on _____ .
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL